IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00447-PAB-KLM

JASON SPARKS,
DEREK PARRIS,
DANIEL RAU,
ALEKSEY KAZAKOV,
BRYAN CORBIN, and
MICHAEL O'LOUGHLIN,

    Plaintiffs,

v.

DUNCAN RACE CARS, INC., d/b/a Springs Auto & Truck Service Center, Inc., and
TERRY BREESE,

    Defendants.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Joint Stipulation of Dismissal With Prejudice [Docket No. 92] filed by the remaining parties in this case.

    The stipulation was not signed by "by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii); *see Anderson-Tully Co. v. Federal Ins. Co.*, 347 F. App'x 171, 176 (6th Cir. 2009) (under Fed. R. Civ. P. 41(a)(1)(A)(ii), "all parties who have appeared" includes both current and former parties). As a result, the Stipulation of Dismissal, by itself, does not serve to dismiss this action.

    The Court, however, having reviewed the stipulation, finds that dismissal is appropriate. Furthermore, "[u]*nless the notice or stipulation states otherwise*, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B) (emphasis added). Here, however, the parties have agreed to the dismissal with prejudice. Therefore, upon the filing of the Joint Stipulation of Dismissal With Prejudice [Docket No. 92], this action was dismissed with prejudice.

    DATED May 28, 2015.